IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                    Civil Action No. 5:14-cv-02300-JRA

JOHN DOE, subscriber assigned IP address
96.11.124.154,

        Defendant.

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

Plaintiff, Malibu Media, LLC respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), filed October 14, 2014 [CM/ECF 2], and states:

This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's Internet Service Providers (the "ISPs"), can correlate Defendant's IP address to a subscriber. Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court. This is a time-sensitive matter, as ISPs only retains its subscribers' identities for a short period of time. Should Plaintiff fail to timely issue a subpoena to the ISP, Defendant's information will be lost.

Plaintiff's Motion is unopposed because Defendant remains unknown and has not made an appearance in the case. Plaintiff anticipates that the hearing will take no longer than one (1) hour.

WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

Dated:  November 14, 2014

        Respectfully submitted,

        By:     /s/ *Yousef M. Faroniya*
        Yousef M. Faroniya
        CEO and Attorney at Law
        YMF Inc.
        84 S. 4th St.
        Columbus, Ohio 43215
        (614) 961-6606
        yousef@YMFincorporated.com
        YMFincorporated.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By:  /s/ *Yousef M. Faroniya*
        Yousef M. Faroniya